FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 SEP 26 PM 1:27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.   2:07-cr-116-FtM-34 SPC

JEFFREY ALAN DINKEL
                                               18 USC § 2252(a)(4)(B)
                                               18 USC § 2252(b)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From a date unknown but by at least April 27, 2004, through on or about July 31, 2007, in Lee County, Florida, in the Middle District of Florida, and elsewhere, the defendant,

JEFFREY ALAN DINKEL,

did knowingly possess one or more matter(s) which contain a visual depiction that had been transported in interstate and foreign commerce, and which had been produced using materials which had been transported, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

### FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the

provision of Title 18, United States Code, Section 2253.

A. The defendant, Jeffrey Alan Dinkel, shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense.

Said property shall include, but are not limited to, the following:

a. Hewlett Packard Desktop computer, Serial Number A7218B.

b. Miscellaneous Floppy Disks containing depictions of minors engaging in sexually explicit conduct.

B. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(o).

A TRUE BILL,

9/26/07
Date

Foreperson

JAMES R. KLINDT
Acting United States Attorney

By: Yolande G. Viacava
Assistant United States Attorney
Trial Counsel

By: Douglas Molloy
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34  APR 1991

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JEFFREY ALAN DINKEL

## INDICTMENT

Violations:

Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A true bill,

_____
Foreperson

Filed in open court this 26TH day
of September, 2007.

_____ Clerk

Bail $ _____

GPO 863 525